## Joseph De Young, Appellee, v. Esther De Young, Appellant.

### Gen. No. 10,242.

opinion filed October 14, 1948; rehearing opinion filed July 7, 1949; rehearing denied August 11, 1949; released for publication August 15, 1949. Samuel H. Shapiro and Lederer, Livingston, Kahn & Adsit, for appellant; Leo H. Arnstein and Richard C. Bleloch, of counsel; Donald D. Zeglis, Ehrlich & Cohn, and Eva L. Minor, for appellee. PER CURIAM. Not to be published in full.